IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CASE NO.   5:12-CR-181-IPJ-RRA |
| ) | |
| **JENNIFER NICOLE HAYES** ) | |

## NOTICE OF ARRAIGNMENT

**TAKE NOTICE** that **ARRAIGNMENT** has been set at HUGO L. BLACK U.S. COURTHOUSE, 1729 5th Avenue North, Birmingham, Alabama, on **Thursday, May 17, 2012, 9:30 AM before U. S.  Magistrate Judge Robert R. Armstrong,** for you to appear and answer any charges against you as described in the Indictment.

Sharon N. Harris, Clerk

By:/s/ S. Handley
Deputy Clerk

Date:  May 7, 2012

Jennifer Nicole Hayes